IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DON FACCIOBENE,

      Appellant,

v.                                                            Case No. 5D22-826
                                                             LT Case No. 2014-DR-25852-X

PATRICIA A. TALBERT F/K/A
PATRICIA ALICE FACCIOBENE,

      Appellee.

_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Brevard County,
Christina Serrano, Judge.

Elizabeth Siano Harris, of Harris
Appellate Law Office, Mims, for
Appellant.

Maureen Monaghan Matheson, of
Matheson Appellate Law, P.A.,
Satellite Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EISNAUGLE, KILBANE and MACIVER, JJ., concur.